# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0873.  MARTIN et al. v. OCWEN LOAN SERVICING, LLC.**

Appellants have filed a Notice of Dismissal with Prejudice of their appeal in the above styled case. Construing their motion as a Motion to Withdraw Appeal, the same is herein GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/21/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*